IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> as Broadcast Licensee of the March 8, 2014 <br> "Toe to Toe" Saul Alvarez v. Alfredo Angulo Light <br> Middleweight Championship Fight Program, <br><br>     Plaintiff, <br><br> v. <br><br> 1) JALPENOS P&W LLC, individually, and d/b/a <br> JALAPENOS PIZZA & WINGS; <br> 2) JOSE LUIS CUEVAS, individually, and d/b/a <br> JALAPENOS PIZZA & WINGS; <br> 3) ROSA MA CUEVAS, individually, and d/b/a <br> JALAPENOS PIZZA & WINGS; and <br> 4) MARCO A. CUEVAS a/k/a MARCO CUEVAS, <br> individually, and d/b/a JALAPENOS PIZZA & <br> WINGS, <br><br>     Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 5:17-cv-00042 |

## NOTICE OF SETTLEMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") announces to the Court that the matters

in controversy between Plaintiff and Defendants 1) Jalpenos P&W LLC, individually, and d/b/a

Jalapenos Pizza & Wings; 2) Jose Luis Cuevas, individually, and d/b/a Jalapenos Pizza & Wings;

3) Rosa Ma Cuevas, individually, and d/b/a Jalapenos Pizza & Wings; and 4) Marco A. Cuevas

a/k/a Marco Cuevas, individually, and d/b/a Jalapenos Pizza & Wings (collectively

"Defendants") have been settled and compromised.  The parties have settled their claims. The

parties have now begun the process of drafting the settlement and dismissal documents.

Therefore, the parties request the following:

1. That the Court terminate all hearings and court proceedings and deadlines in this case; and

2. That the Court give the parties thirty (30) days from the filing of this notice of settlement as additional time to allow the Parties to finalize the settlement documents and submit the appropriate dismissal documents to the Court, specifically including an Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

By: _____
David M. Diaz
Attorney-in-Charge
State Bar No. 24012528
Southern District Bar No. 889588
ddiaz@kbdtexas.com
Andrew R. Korn
State Bar No. 11683150
Southern District Bar No. 13801
akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Southern District of Texas Local Rule 5, I certify that a copy of this instrument was served on May 17, 2017 as follows:

Carlos E. Flores                    VIA E-MAIL
602 E. Calton Road, 2nd Floor       cflores@personwhitworth.com
Laredo, Texas 78041

ATTORNEY FOR DEFENDANTS

By:_____
                    David M. Diaz