IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| as Broadcast Licensee of the March 8, 2014 | § | |
| "Toe to Toe" Saul Alvarez v. Alfredo Angulo Light | § | |
| Middleweight Championship Fight Program, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:17-cv-00042 |
| | § | |
| 1) JALPENOS P&W LLC, individually, and d/b/a | § | |
| JALAPENOS PIZZA & WINGS; | § | |
| 2) JOSE LUIS CUEVAS, individually, and d/b/a | § | |
| JALAPENOS PIZZA & WINGS; | § | |
| 3) ROSA MA CUEVAS, individually, and d/b/a | § | |
| JALAPENOS PIZZA & WINGS; and | § | |
| 4) MARCO A. CUEVAS a/k/a MARCO CUEVAS, | § | |
| individually, and d/b/a JALAPENOS PIZZA & | § | |
| WINGS, | § | |
| | § | |
| Defendants. | § | |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") announces to the Court that the matters

in controversy between the parties in the above-styled suit have been settled and compromised.

Therefore, Plaintiff requests that the Court sign the *Agreed Order of Dismissal with*

*Prejudice* attached hereto that has been executed by the parties.

Respectfully submitted,

By:_____
    David M. Diaz
    Attorney-in-charge
    State Bar No. 24012528
    Southern District Bar No. 889588
    ddiaz@kbdtexas.com
    Andrew R. Korn
    State Bar No. 11683150
    Southern District Bar No. 13801
    akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF
J&J SPORTS PRODUCTIONS, INC.


## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Southern District of Texas Local Rule 5, I certify that a copy of this instrument was served on June 14, 2017 as follows:

Carlos E. Flores             VIA E-MAIL
602 E. Calton Road, 2nd Floor    cflores@personwhitworth.com
Laredo, Texas 78041

ATTORNEY FOR DEFENDANTS

By:_____
    David M. Diaz