United States District Court
Southern District of Texas
FILED

JUN 15 2017

David J. Bradley, Clerk
Laredo Division

United States District Court
Southern District of Texas

**ENTERED**

June 15, 2017

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the March 8, 2014 "Toe to Toe" Saul Alvarez v. Alfredo Angulo Light Middleweight Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) JALPENOS P&W LLC, individually, and d/b/a JALAPENOS PIZZA & WINGS; 2) JOSE LUIS CUEVAS, individually, and d/b/a JALAPENOS PIZZA & WINGS; 3) ROSA MA CUEVAS, individually, and d/b/a JALAPENOS PIZZA & WINGS; and 4) MARCO A. CUEVAS a/k/a MARCO CUEVAS, individually, and d/b/a JALAPENOS PIZZA & WINGS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:17-cv-00042 |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") and Defendants 1) Jalpenos

P&W LLC, individually, and d/b/a Jalapenos Pizza & Wings; 2) Jose Luis Cuevas, individually,

and d/b/a Jalapenos Pizza & Wings; 3) Rosa Ma Cuevas, individually, and d/b/a Jalapenos Pizza

& Wings; and 4) Marco A. Cuevas a/k/a Marco Cuevas, individually, and d/b/a Jalapenos Pizza

& Wings (collectively "Defendants") announced to the Court that this case is settled. Plaintiff

and Defendants also announced to the Court that they agree to dismiss their claims with

prejudice to re-filing of same, and that each party will bear their own costs.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants as well as

any claims that Defendants could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs of court shall be borne by the party incurring same.

As the Court intends for this *Agreed Order of Dismissal With Prejudice* to be a final judgment, any relief not expressly granted herein is hereby DENIED.

DONE at Laredo, Texas, this 15th day of _____June_____, 2017.

_____
George P. Kazen
United States District Judge

AGREED TO:

By: _____
David M. Diaz
Attorney-in-charge
State Bar No. 24012528
Southern District Bar No. 889588
ddiaz@kbdtexas.com
Andrew R. Korn
Of Counsel
State Bar No. 11683150
Southern District Bar No. 13801
akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

By: _____
Carlos Evaristo Flores
State Bar No. 24050606
cflores@personwhitworth.com
    Southern District Bar No. 940935
PERSON, WHITWORTH, BORCHERS &
MORALES, LLP
602 East Calton Rd. 2nd Floor (78041)
P O Box 6668
Laredo, Texas 78042
(956) 727-4441 – Telephone
(956) 727-2696 – Facsimile

ATTORNEY FOR DEFENDANTS